**No. 61759.**—C. J. Tower & Sons *v.* United States, protests 224839–K, etc. (Buffalo).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61760.**—John V. Carr & Son, Inc. *v.* United States, protest 271019–K (Detroit).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61761.**—Union Brokerage Co. *v.* United States, protests 294183–K, etc. (Pembina).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 1, 1958

**No. 61762.**—H. R. Lockwood *v.* United States, protests 195688–K and 195690–K (Laredo).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise consists of a mixture of sugar and water similar in all material respects to that the subject of *United States* v. *Jovita Perez et al.* (44 C. C. P. A. 35, C. A. D. 633), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 3, 1958

**No. 61763.**—E. Leitz, Inc. *v.* United States, protest 309237–K (New York).